People v Jacobs (2025 NY Slip Op 06181)

People v Jacobs

2025 NY Slip Op 06181

Decided on November 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
CHERYL E. CHAMBERS
WILLIAM G. FORD
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2022-05147
 (Ind. No. 291/20)

[*1]The People of the State of New York, respondent,
v
David Jacobs, appellant.

Anthony N. Iannarelli, Jr., Suffern, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Cynthia Dolan of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Craig S. Brown, J.), imposed May 31, 2022, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the defendant's contention, a valid waiver of the right to appeal precludes appellate review of the contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d 248, 255). Since the defendant failed to contend that the waiver of the right to appeal was invalid, appellate review of the sentence is precluded (see id.).
DUFFY, J.P., CHAMBERS, FORD, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court